ANDREA T. MARTINEZ, United States Attorney (#9313)
ANGELA M. REDDISH-DAY, Assistant United States Attorney (#15910)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4265

FILED US District Court-UT
FEB 09 '22 PM04:37

**SEALED**

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

FILED US District Court-UT
FEB 09 '22 PM04:37

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | Count I: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition |
| vs. | |
| MICHAEL AARON DANIELS, | |
| Defendant. | Case: 4:22-cr-00011<br>Assigned To : Nuffer, David<br>Assign. Date : 02/09/2022 |

The Grand Jury charges:

COUNT I
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about November 18, 2021, in the District of Utah,

MICHAEL AARON DANIELS,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a ROHM Model RG38 Revolver, and ammunition, and the firearm and ammunition were in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of any offense charged herein in violation of 18 U.S.C. § 922, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of the offense, including, but not limited to:

- a ROHM Model RG38 Revolver, and
- associated ammunition.

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

ANDREA T. MARTINEZ
United States Attorney


_____
ANGELA M. REDDISH-DAY
Assistant United States Attorney